Opinion delivered June 30, 1888.

---

## No. 6164.

### JEFF CRAVEY ET AL. *v.* THE STATE.

SCIRE FACIAS—UNLAWFULLY SELLING MORTGAGED PROPERTY—BAIL BOND which recites the offense as "unlawfully selling mortgaged property" describes no offense against the law of this State, and can not be made the basis of a final judgment in a scire facias proceeding.

APPEAL from the District Court of San Saba. Tried below before the Hon. A. W. Moursund.

The opinion discloses the cases. Five hundred dollars was the amount of the bail involved.

*W. B. Dunham*, for the appellant: The bond is invalid because it recites no offense against the law. The recital is that the principal stands charged by indictment with "unlawfully selling mortgaged property."

In order that such a sale should be an offense it must appear that the sale was fraudulent, and that the property was personal property.

*W. L. Davidson*, Assistant Attorney General, for the State.

HURT, JUDGE. Scire facias. The bond made the basis of the final judgment recites that the principal stands charged by indictment with the offense of "unlawfully selling mortgaged property."

This recites no offense against the law, and hence the bail bond is invalid and will not support a judgment.

The judgment is reversed and the cause is dismissed.

*Reversed and dismissed.*